**Exhibit A to the Complaint**

**Location:** San Jose, CA  
**Total Works Infringed:** 40  
**IP Address:** 73.92.67.203  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 4EBF05E29146F9F461AAB70BA677708EEFC5ED41<br>File Hash: 98AB406B631B32EDD4A766462F5BE25A53440C31B3F6180542A8BE90D3CEB77D | 05-21-2021 11:15:43 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 2 | Info Hash: 8A8DC283B45B7E04709E90CD0A1DF8F1592C1612<br>File Hash: EC0188942436E345833E4B637642A83B850471132EE8338BD89D3926B8E17343 | 05-19-2021 10:58:26 | Blacked | 07-09-2019 | 09-10-2019 | PA0002199416 |
| 3 | Info Hash: FA4C69825781471C80EE79D41FA5FE8F25ADB724<br>File Hash: DA964521E3615BF7784B8D190BEB2B97353E95509DE2B5385978716E65B9A76F | 05-11-2021 09:51:01 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 4 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash: 143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 05-02-2021 09:46:09 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 5 | Info Hash: 5463DF03D918B469190A59518CDCF7E245D6494C<br>File Hash: 99CF4E2A7DE075529D188AE25D2CE7350FBE9326B94D51C982585001266F73B3 | 04-27-2021 22:49:54 | Vixen | 11-25-2019 | 12-09-2019 | PA0002216264 |
| 6 | Info Hash: 9F438C4F087FD7157B7B6436E81E87CC721E35C6<br>File Hash: 98F9E70879F659FFA199D1231591128216634EE732D5DCE467CA5DDF93D0DC38 | 04-26-2021 13:19:34 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 7 | Info Hash: 340762081242A589C443C3073A93519EAD3743E4<br>File Hash: A683F3DB4CFF747F2C2C1A521D7D2757B982993CD1621C6BC6220B2B86DFE491 | 04-26-2021 10:17:00 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 8 | Info Hash: B9293EC651C0779176DE748DC3D8D3F33F52F2AC<br>File Hash: B02ABEB280B593C2C3C3D815C48D101611BA97712310A4FBE92CA16EE97E11B8 | 04-26-2021 10:16:20 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 04-14-2021 21:29:18 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 10 | Info Hash: 8069E67E8986BB80941FE059FEB9475565EC7B06<br>File Hash: 748DDA89381F521EFA5A8BB3D3F82C6C99D4BFA94808065010248109AAA9C930 | 04-14-2021 21:27:51 | Vixen | 03-26-2021 | 04-27-2021 | PA0002288946 |
| 11 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 04-09-2021 10:32:19 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 12 | Info Hash: E99423C73146CABA22B64FF972FDB3B66BC6D81C<br>File Hash: 8852896000A54989467CAFC490427488EC8C572DE303EF5E41E903903FADC3E6 | 04-07-2021 21:46:21 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 13 | Info Hash: 0C805D61A8C0E4253AD33AE9FF3C39D3580D2D5F<br>File Hash: CA97A412B190BF68537D16FD89A099FE43BE847EE26FCEE7702462139A1CFAAD | 04-05-2021 22:54:56 | Tushy | 09-03-2017 | 09-15-2017 | PA0002052851 |
| 14 | Info Hash: 2C6E25DA6922E2C9269378498DA9F33CF6016BF1<br>File Hash: 8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 04-03-2021 09:48:00 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 15 | Info Hash: 67D40AB4E208DB4E99A083392382522BE587F864<br>File Hash: 3E37721CEB04B78A720D43F2F2BF1EC62B7AB0F85DFD1884A5ADC0FA51085B69 | 03-25-2021 11:55:10 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 16 | Info Hash: 99D8772F0FAE75981FA9C0CF6C0F57E8D37316CD<br>File Hash: 79FABDC1A95C1FCF2B38F8A95D211B0E6D2BA8280536667E7DE46CA5DBC7F770 | 02-23-2021 03:01:04 | Tushy | 02-21-2021 | 03-08-2021 | PA0002280370 |
| 17 | Info Hash: 4238E61F71613CE2119ABC1218827CB71C469C7A<br>File Hash: 04CA4329B75F3F75ABC66A751B7820B57C4F956A749EA82616FC05382A887E9A | 02-09-2021 12:08:35 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 02-04-2021 15:34:01 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 19 | Info Hash: 3A5E4C415C76A3E2F8353AEA8AA6257537CF36EE<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 02-04-2021 14:49:01 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 20 | Info Hash: 61FF1F69DF591806D2D706E9F56B2B359F9F116D<br>File Hash: 24B59DE82823571AA66BC642C6246BB56F743A403833A41BD4536D742034AA60 | 01-21-2021 00:33:46 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 21 | Info Hash: A4E4EB589C6670EA637881D600C170F2C895A43F<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01-12-2021 13:24:21 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 22 | Info Hash: AFD32AAF8A6AEC79183355270A62E23FACDA31F5<br>File Hash: 33323486571753E5D76822CDCC102A957F57DE62E5AF27D8C951EB06958D0989 | 01-12-2021 13:21:55 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 23 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C<br>File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 01-07-2021 01:03:50 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 24 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12-22-2020 13:11:04 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 25 | Info Hash: 8B31BCF82A050721199C700BE6F40F6152E37EAF<br>File Hash: 18F7A4DAC3D26DC3D3FB59E63DE53E8520FD4A26417584F1BFE7A035F9240407 | 12-17-2020 10:00:29 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 26 | Info Hash: FD63F631AEAE1834A387A44E1A97894E6ABCECA3<br>File Hash: E71E29CB4D7FACDFEBA6D0210208469A5A9181A110CD708E19DBEE039F165DE4 | 11-29-2020 08:30:38 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5D4A0CF6F1825959A3ABCDE095184D9FBC04AC08<br>File Hash: CFD4FFA64A90DF5895C6E6394F60F504F2F859E399E6D99DC9D1DD9823C232E8 | 11-29-2020 08:26:03 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 28 | Info Hash: E50EDF5C8B32A26D92D45F7AD081B965CAA7FAE4<br>File Hash: EF7A5B995A58C2A1D55911D55F91539B433586E806C604B57BEE8BE2660D8B3A | 11-27-2020 01:59:25 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 29 | Info Hash: 147E2214474BE545770CB1C302AF2A96F5DF3FD9<br>File Hash: 7F1A1A9E65AD9F466AF46144FBCDFAABE27C64AC49136D7E98910C70177D28E0 | 11-21-2020 09:57:06 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 30 | Info Hash: 41DF17AA331A3CE75E9CA818EDC75D225D44E4AE<br>File Hash: A5C52D68CAB30DA1E566E7B990744FEB2669056CB56609CEFE131E17C64CA303 | 11-18-2020 10:43:57 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 31 | Info Hash: DFBEAB2090AFA0B7D74002FD9D232E49D35C0160<br>File Hash: E113AF2408A41FBA349FB0BACDB190622DBDD49DC6C4A83810F50DD005B5941D | 11-17-2020 02:46:34 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 32 | Info Hash: FE7C0D44A47F6096FD94CD83C6D0E297DD9D6B7A<br>File Hash: 41622F3E9DF992975FB2F0C99A6963B02435D4BC998DE40F626F414196F50B7D | 11-01-2020 11:22:39 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 33 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash: 56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 10-22-2020 09:21:47 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 34 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 10-17-2020 19:43:16 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 35 | Info Hash: F9FF1383FC310DBEF9E0621A1E61DDFBC3B0E418<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 10-17-2020 19:41:34 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-04-2020 19:24:37 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 37 | Info Hash: A14BE7C478AEA30A9CDD1E1189344B7690C0C5F6<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09-29-2020 09:28:59 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 38 | Info Hash: 9B2D7FF24D25691FBFA67A7F19276AFE62D75467<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 09-28-2020 08:44:19 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 39 | Info Hash: 9B1784E58EFCDDFB8626D3B44107F882F6C8EEE8<br>File Hash: 03F71829965E952DFD74182F8C63248DD6A5EFBE4E9DA65B9C171C1880F746E9 | 09-19-2020 11:34:05 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 40 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08-24-2020 09:08:13 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |